UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CEE JUSTICE RANSONE-BEY,

                Plaintiff,

    v.

MAJOR BAUTISTA, RJC,

                Defendant.

Case No. C16-1524-JLR

REPORT AND RECOMMENDATION

      Plaintiff Cee Justice Ransone-Bey is proceeding *pro se* in the above-entitled action and has filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. By Minute Order dated October 4, 2016, the Court denied plaintiff's IFP application due to plaintiff's failure provide complete and detailed financial information or sign the IFP declaration. Dkt. 3 at 1. Plaintiff was granted leave to amend and correct the deficiency within twenty (20) days. *Id.* Plaintiff was also advised that failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

      To date, however, plaintiff has failed to submit a properly completed IFP form or attempt to correct the deficiency. In addition, the deadline for plaintiff to correct and resubmit his IFP application has passed. Accordingly, the Court recommends that plaintiff's proposed complaint,

REPORT AND RECOMMENDATION - 1

1  Dkt. 1-1, be DISMISSED without prejudice for failure to pay the filing fee or submit an adequate
2  IFP application.  A proposed order accompanies the Report and Recommendation.
3       Objections to this Report and Recommendation, if any, should be filed with the Clerk and
4  served upon all parties to this suit by no later than **November 25, 2016**.  Failure to file objections
5  within the specified time may affect your right to appeal.  Objections should be noted for
6  consideration on the District Judge's motion calendar for the third Friday after they are filed.
7  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no
8  timely objections are filed, the matter will be ready for consideration by the District Judge on
9  **December 2, 2016**.
10      This Report and Recommendation is not an appealable order.  Thus, a notice of appeal
11 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
12 assigned District Judge acts on this Report and Recommendation.
13      DATED this 4th day of November, 2016.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2