UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEE JUSTICE RANSONE-BEY,<br><br>Plaintiff,<br><br>v.<br><br>MAJOR BAUTISTA, RJC,<br><br>Defendant. | NO. C16-1524-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law, and the balance of the record, hereby ORDERS as follows:

(1) The Report and Recommendation [ins. Plaintiff's "affidavit of fact" (Dkt. # 5),] is ADOPTED and APPROVED;

(2) This action is DISMISSED without prejudice;

(3) The Clerk of the Court is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 2ND day of Dec., 2016.

*/s/ James L. Robart*
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1